

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-mj-793-CWH |
| Plaintiff | |
| vs. | ORDER TO SEAL |
| ANDREW DEWAYNE CARTER, | |
| Defendant | |

Based on Government's Motion to Seal the Complaint and the Arrest Warrant in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint and the Arrest Warrant be sealed.

DATED this 14th day of October, 2015.

_____
United States Magistrate Judge

3