RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
WILLIAM CARRICO
Assistant Federal Public Defender
Nevada State Bar No. 3042
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Andrew DeWayne Carter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ANDREW DEWAYNE CARTER,<br><br>         Defendant. | Case No. 2:15-mj-793-CWH<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for Andrew DeWayne Carter, that the Preliminary Hearing currently scheduled on October 29, 2015 at 4:00 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than three weeks.

This Stipulation is entered into for the following reasons:

1.     Counsel for the defendant will be out of the district at a seminar during the scheduled hearing date.

2.  Counsel for the defendant will require additional time to meet and confer with his client regarding his rights and the charges against him.

3.  Defendant is incarcerated and does not object to a continuance.

4.  Both parties agree to the continuance.

5.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 28th day of October, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| */s/ William Carrico*<br>By_____<br>WILLIAM CARRICO<br>Assistant Federal Public Defender | */s/ Lisa Cartier-Giroux*<br>By_____<br>LISA CARTIER-GIROUX<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-mj-793-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| ANDREW DEWAYNE CARTER, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 29, 2015 at the hour of 4:00 p.m., be vacated and continued to Monday, November 24, 2015, at 4:00 p.m.

DATED October 29, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

3